UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21500-CIV-MARTINEZ

CHRISTOPHER E. OLSON,

    Plaintiff,

v.

STAR LIFT INC. and YOVANI DOMINGUEZ,

    Defendants.
_____/

## SWORN DECLARATION OF YOVANI DOMINGUEZ

Yovani Dominguez states as follows under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. The statements made in this declaration are true and correct to the best of my knowledge, and I have personal knowledge concerning the statements made herein.

2. The corporate Defendant is a small one location (Miami, Florida) forklift repair company with one office in South Florida. I am an owner with the company.

3. The Plaintiff was not engaged in interstate commerce when he worked for the Defendants. He helped repair forklifts, and was essentially a laborer for the Defendants.

4. Plaintiff did not order or purchase goods or products that came across state lines.

5. Plaintiff did not order or purchase goods out-of-state for the Defendants, nor did not he engage in any credit card transactions that were out of state. We only serve the local community—the tri-county area in Southeastern Florida. Plaintiff did not perform any functions that require the conclusion that he was engaged in interstate commerce.

6. The corporate Defendant never had two or more employees regularly and recurrently engaged in interstate commerce. While the Defendant did occasionally order certain parts from out of state, there was only one employee who orders such parts at any one time. Therefore, Defendants' employees, including the Plaintiff, did not engage in interstate commerce, did not engage in the

production of goods for interstate commerce, did not handle, sell or otherwise work on goods or materials that had moved in or were produced for interstate commerce as defined by the FLSA, because the majority of items used by Defendants were purchased by Defendants from retailers, and the Defendants did not have two or more employees engaged in interstate commerce.

7. The corporate Defendant, a local forklift repair company, performs work only within the State of Florida, only solicits clients in the South Florida area, only conducts business in the State of Florida, and does not provide any services outside of the State of Florida, nor does it seek to provide such services.

8. The corporate Defendant does not produce any goods to be sent out of the State of Florida.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED on this 10th day of July, 2009 at Plantation, Florida.

_____
Yovani Dominguez